1   JULIAN M. BAUM (CA State Bar No. 130892)
2   LISA A. LAWRENCE (CA State Bar No. 132310)
    JULIAN M. BAUM & ASSOCIATES
3   9 Tenaya Lane
    Novato, California 94947
4   Telephone: (415) 892-3152
    Facsimile: (888) 452-3849
5   E-Mail: JMB@JMBLawGroup.Com            *E-FILED - 1/14/10*
6           LAL@JMBLawGroup.Com

7   Attorneys for Plaintiff Roger Lowther

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12  ROGER LOWTHER, an individual,        )
                                         )  Case No. C 09-03320 RMW
13         Plaintiff,                    )
                                         )
14  v.                                   )  STIPULATION AND []
                                         )  ORDER CONTINUING CASE
15  EXEL GLOBAL LOGISTICS RETIREMENT)     MANAGEMENT CONFERENCE PENDING
16  PLAN; AND EXEL GLOBAL LOGISTICS,  )  MEDIATION
    INC.,                                )
17                                       )
                                         )
18         Defendants.                   )
                                         )
19                                       )
                                         )
20                                       )
                                         )
21                                       )

22
         .
23
    1.     The parties have agreed to mediate the action, and have filed a Stipulation and [Proposed]
24
           Order Selecting ADR Process, in accordance with Civil L.R. 16-8 and ADR L.R. 3-5.
25
    2.     A Case Management Conference is presently scheduled to be conducted on Friday,
26
           January 15, 2010.
27
    ///
28

1    3.    The parties hereby stipulate and respectfully request that the Court continue the Case

2          Management Conference until after the contemplated mediation, which is to be

3          completed within 120 days of the Court's Order or within such other period of time as the

4          Court may order.

5    4.    The parties understand, after contacting Chambers, that the Court is inclined to approve

6          the parties' stipulation and request as set forth in this Stipulation, and to continue the

7          Case Management Conference until after the proposed mediation.  Accordingly, the

8          parties represent and undertake that, following the mediation, the parties will file either

9          (1) a notice that the case has settled; or (2) a joint or *ex parte* application to the Court to

10         schedule a Case Management Conference.

11   Dated: January 11, 2010                    Respectfully submitted,

12                                              JULIAN M. BAUM & ASSOCIATES

13

14                                                  /s/ by Julian M. Baum
                                               by_____
15                                                 JULIAN M. BAUM
                                                   Attorneys for Plaintiff
16
     Dated:  January 11, 2010                  EXEL GLOBAL LOGISTICS, INC.
17                                             EXEL GLOBAL LOGISTICS RETIREMENT
                                               PLAN
18

19

20                                                 /s/ by Bradley S. Paskievitch
                                               by_____
21                                                 BRADLEY S. PASKIEVITCH
                                                   Senior Legal Counsel, Compliance & Employment
22                                                 DHL Global Business Services

23

24                                      **ORDER**

25   The parties having stipulated as set forth above.  Case Management Conference is set for May 28,
                                              2010 at 10:30 a.m.
26

27   IT IS SO ORDERED.
      DATED:  January 14, 2010          *Ronald M. Whyte*
28                                      _____
                                        RONALD M. WHYTE
                                        United States District Judge

# DECLARATION RE CONCURRENCE OF SIGNATORIES

## UNITED STATES DISTRICT COURT, N.D. CAL.

## GENERAL ORDER 45

The undersigned ECF filer hereby attests that concurrence in the filing of the foregoing document has been obtained from each of the other signatories whose signature is indicated by the notation " /s/ [name of signatory]."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 11, 2010                     /s/ Julian M. Baum

                                       Julian M. Baum