JULIAN M. BAUM (CA State Bar No. 130892)
LISA A. LAWRENCE (CA State Bar No. 132310)
JULIAN M. BAUM & ASSOCIATES
9 Tenaya Lane
Novato, California 94947
Telephone: (415) 892-3152
Facsimile: (888) 452-3849
E-Mail: JMB@JMBLawGroup.Com
       LAL@JMBLawGroup.Com

*E-FILED - 1/14/10*

Attorneys for Plaintiff Roger Lowther

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER LOWTHER, an individual, | Case No. C 09-03320 RMW |
| Plaintiff, | |
| v. | STIPULATION AND [] ORDER CONTINUING CASE MANAGEMENT CONFERENCE PENDING MEDIATION |
| EXEL GLOBAL LOGISTICS RETIREMENT PLAN; AND EXEL GLOBAL LOGISTICS, INC., | |
| Defendants. | |

.

1. The parties have agreed to mediate the action, and have filed a Stipulation and [Proposed] Order Selecting ADR Process, in accordance with Civil L.R. 16-8 and ADR L.R. 3-5.

2. A Case Management Conference is presently scheduled to be conducted on Friday, January 15, 2010.

///

1  3.  The parties hereby stipulate and respectfully request that the Court continue the Case Management Conference until after the contemplated mediation, which is to be completed within 120 days of the Court's Order or within such other period of time as the Court may order.

4.  The parties understand, after contacting Chambers, that the Court is inclined to approve the parties' stipulation and request as set forth in this Stipulation, and to continue the Case Management Conference until after the proposed mediation. Accordingly, the parties represent and undertake that, following the mediation, the parties will file either (1) a notice that the case has settled; or (2) a joint or *ex parte* application to the Court to schedule a Case Management Conference.

Dated: January 11, 2010           Respectfully submitted,

                                  JULIAN M. BAUM & ASSOCIATES

                                       /s/ by Julian M. Baum
                                  by_____
                                       JULIAN M. BAUM
                                       Attorneys for Plaintiff

Dated:  January 11, 2010          EXEL GLOBAL LOGISTICS, INC.
                                  EXEL GLOBAL LOGISTICS RETIREMENT PLAN


                                       /s/ by Bradley S. Paskievitch
                                  by_____
                                       BRADLEY S. PASKIEVITCH
                                  Senior Legal Counsel, Compliance & Employment
                                  DHL Global Business Services


**ORDER**

The parties having stipulated as set forth above. Case Management Conference is set for May 28, 2010 at 10:30 a.m.

IT IS SO ORDERED.
 DATED:  January 14, 2010

                                  _____
                                  RONALD M. WHYTE
                                  United States District Judge

**DECLARATION RE CONCURRENCE OF SIGNATORIES**

**UNITED STATES DISTRICT COURT, N.D. CAL.**

**GENERAL ORDER 45**

The undersigned ECF filer hereby attests that concurrence in the filing of the foregoing document has been obtained from each of the other signatories whose signature is indicated by the notation " /s/ [name of signatory]."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 11, 2010         /s/ Julian M. Baum
                                Julian M. Baum